Judgment and order affirmed, with costs. Order filed.

FRISBEE, Respondent, v. VILLAGE OF PORT BYRON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Elizabeth Frisbee against the village of Port Byron. No opinion. Judgment and order affirmed, with costs.

In re FROMAN. (Supreme Court, Appellate Division, First Department. November 6, 1908.) In the matter of Samuel Froman, deceased. No opinion. Decree affirmed, with costs. Order filed.

FROMME, Appellant, v. PERSSE, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Herman Fromme against Thomas H. Persse. J. Fromme, for appellant. No opinion. Judgment and order affirmed, with costs. Order filed.

FULTON, Respondent, v. MALONEY, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Robert M. Fulton against Daniel W. Maloney. No opinion. Judgment affirmed, with costs.

F. V. SMITH CONTRACTING CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by the F. V. Smith Contracting Company against the city of New York. L. L. Kellogg, for appellant. T. Farley, for respondent. No opinion. Judgment and order affirmed, with costs, on 115 App. Div. 180, 100 N. Y. Supp. 756. Order filed.

GABELMAN, Respondent, v. DRESSLER, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Henrietta Gabelman against Peter Dressler. No opinion. Motion granted.

GEOGHEGAN, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by John J. Geoghegan against the Union Railway Company. J. V. Bouvier, for appellant. S. C. Baldwin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 122 App. Div. 646, 107 N. Y. Supp. 503.

In re GERLICH. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) In the matter of the application of Charles Gerlich for permission to appeal from the judgment of a Municipal Court in the borough of Brooklyn, etc. No opinion. Motion denied, on the ground of lack of power.

GERSKI, Respondent, v. SLISZ et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Louis Gerski, by guardian, etc., against Stanislaus Slisz and another.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

In re GERSTENBERG. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) In the matter of the judicial settlement of the account of Charles S. Gerstenberg, as administrator of the estate of Mary Gerstenberg, deceased. No opinion. Motion denied.

GERTLER, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Abraham Gertler against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff did not prove by a preponderance of evidence that he was a passenger.

In re GIFUNI. (Supreme Court, Appellate Division, First Department. October 30, 1908.) In the matter of Joseph Gifuni. No opinion. Reference ordered. Settle order on notice.

GILCHRIST, Appellant, v. O'NEIL et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by William K. Gilchrist against Simon J. O'Neil and others. A. Gilhooly, for appellant. H. S. Marshall, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

GILMORE, Respondent, v. WAGNER, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Alexander Gilmore, Jr., against Cecelia Wagner. No opinion. Judgment and order unanimously affirmed, with costs.

In re GILROY, Com'r of Public Works. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) In the matter of the Petition of Thomas F. Gilroy, commissioner of public works of the city of New York, etc. Eighth supplemental proceeding. Parcel No. 184. No opinion. Order (112 N. Y. Supp. 111) affirmed, with $10 costs and disbursements.

GOODMAN et al., Appellants, v. DYAR, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Edmund L. Goodman and another against Harrison G. Dyar. C. L. Craig, for appellants, J. S. Montgomery, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GORDON et al. v. LYNCH. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Morris J. Gordon and another against Fannie G. Lynch. No opinion. Motion denied, with $10 costs. Order filed.

GORING, Respondent, v. UTICA GAS & ELECTRIC CO., Appellant. (Supreme Court,

Appellate Division, Fourth Department. October 7, 1908.) Action by Albert Goring against the Utica Gas & Electric Company. No opinion. Judgment and order affirmed, with costs.

GRAEF, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Bernard Graef against the Brooklyn Heights Railroad Company. No opinion. Motion granted.

GREAT NORTHERN MOULDING CO., Respondent, v. BONEWUR, Appellant. (Action No. 2.) (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by the Great Northern Moulding Company against Solomon Bonewur. No opinion. Appeal dismissed, with costs. See, also, 112 N. Y. Supp. 466.

GREENBERG, Respondent, v. GOLDSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Alex. B. Greenberg against Barnett Goldstein. No opinion. Motion denied, with $10 costs.

GREENE, Respondent, v. MERCANTILE TRUST CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Francis V. Greene against the Mercantile Trust Company and others. No opinion. Interlocutory judgment (111 N. Y. Supp. 802) affirmed, with costs, with leave to the defendants to plead over upon payment of the costs of the demurrer and of this appeal.

GUTERMAN v. CORRIGAN. (Supreme Court, Appellate Division. First Department. October 30, 1908.) Action by Philip Guterman against John P. Corrigan. No opinion. Motion granted, with $10 costs. Order filed.

HANAN, Appellant, v. LONG, Respondent, et al. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Blossie A. Hanan, individually and as surviving executrix of Marcus Hanan, deceased, and as executrix, etc., of Jennie Hanan, deceased, against Richard W. Long and another. No opinion. Judgment affirmed, with costs.

HANAN v. LONG et al. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Blossie A. Hanan, individually and as executrix, etc., against Richard W. Long and others. No opinion. Interlucutory judgment affirmed, with costs.

HANLEY, Respondent, v. UTICA & M. VALLEY RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Thomas Hanley against the Utica & Mohawk Valley Railway Company. No opinion. Judgment and order affirmed, with costs.

HARDING et al., Respondents, v. CHURCHMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Edward Harding and another against Katherine N. Churchman. A. S. Hamlin, for appellant. D. Campbell, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HART v. A. L. CLARKE & CO. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Henry Hart against A. L. Clarke & Company. No opinion. Motion granted. Settle order on notice. See, also, 111 N. Y. Supp. 886.

HARTMETZ, Respondent, v. BUFFALO EXPANDED METAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Fred Hartmetz against the Buffalo Expanded Metal Company. No opinion. Order affirmed, with costs.

HARTZELL, Respondent. v. NEW YORK EVENING JOURNAL PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Action by Mary Hartzell against the New York Evening Journal Publishing Company.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

SCOTT, J., dissents.

HARTZELL, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Action by Mary Hartzell against the Star Company. E. A. Freshman, for appellant. H. C. Burnstine, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

SCOTT, J., dissents.

HASSAN, Respondent, v. WILSHIRE, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Ali A. Hassan against Gaylord Wilshire. No opinion. Order affirmed, with $10 costs and disbursements.

HATHORN et al. v. NATURAL CARBONIC GAS CO. (Supreme Court, Appellate Division, Third Department. September 15, 1908.) Action by Emily H. Hathorn and another against the Natural Carbonic Gas Company. With this case has been consolidated in this court cases bearing titles as follows: People of the State of New York v. Natural Carbonic Gas Company. Same v. New York Carbonic Acid Gas Company. Same v. Geysers Natural Gas Company of Saratoga Springs, New York. Same v. Lincoln Spring Company. Same v. Harry M. Levengston.

PER CURIAM. Arguments set down for September 17th, at 3 p. m. Meantime stay of the enforcement of the injunction order vacated, with leave to the defendants upon the argument to apply for a further stay of the in-